# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY VEDDER,              )  | |
|                           )  | 4:05CV3088 |
|         Plaintiff,        )  | |
|                           )  | |
|    vs.                    )  | **REASSIGNMENT ORDER** |
|                           )  | |
| MAIL CONTRACTORS OF       )  | |
| AMERICA, INC.,            )  | |
|                           )  | |
|         Defendant.        )  | |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

Dated this 17th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court