IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY VEDDER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| MAIL CONTRACTORS OF AMERICA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion to amend and for time, filing 10, is granted and,

1.  The amended complaint shall be filed forthwith.

2.  The report of the parties' Rule 26 planning conference shall be filed within ten working days of the appearance of counsel for all parties.

DATED this 19th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge