# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY VEDDER, | ) | 4:05CV3088 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MAIL CONTRACTORS OF | ) | |
| AMERICA, INC., and AMERICAN | ) | |
| POSTAL WORKERS UNION, | ) | |
| | ) | |
| Defendants. | ) | |

Inasmuch as Plaintiff has filed an amended complaint,

IT IS ORDERED that the motion to dismiss (filing 5) filed by Defendant Mail Contractors of America, Inc., with respect to Plaintiff's original complaint is denied without prejudice, as moot.

DATED: June 6, 2005.  BY THE COURT:

s/ Richard G. Kopf
United States District Judge