IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY VEDDER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| MAIL CONTRACTORS OF AMERICA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This case was filed on April 8, 2005. Although both parties have been served with summons, nothing has been filed since September 19, 2005.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given 20 days from the date of this order in which to show cause, if any there be, why this matter should not be dismissed for failure to prosecute, in accordance with the provisions of NECivR 41.1.

Dated December 22, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge