IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY VEDDER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| MAIL CONTRACTORS OF AMERICA, | ) | ORDER |
| INC., and AMERICAN POSTAL | ) | |
| WORKERS UNION, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has responded to the order to show cause, explaining the difficulties encountered in bringing this case forward.

IT THEREFORE HEREBY IS ORDERED:

1. The order to show cause, filing 18, is withdrawn and set aside.

2. Plaintiff shall within thirty days either file a motion for leave to file amended complaint or advise the court that plaintiff will not be seeking to amend the complaint.

3. Defendant Mail Contractors of America's motion for leave to file an amended answer, filing 19, is granted, and the amended answer may be filed forthwith.

4. If after thirty days from this date counsel for defendant American Postal Workers Union has not filed an appearance in this case, plaintiff shall advise the court that said defendant will either be voluntarily dismissed from the case, or plaintiff will re-serve said defendant, or plaintiff will seek entry of default and a default judgment against said defendant.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge