```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GARY VEDDER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| MAIL CONTRACTORS OF AMERICA, | ) | ORDER |
| INC. and AMERICAN POSTAL | ) | |
| WORKERS UNION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has not taken any action in accordance with the court's order of January 13, 2006, filing 21.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given five working days to respond to said order.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge