```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GARY VEDDER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| MAIL CONTRACTORS OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This case has been on file in this court over a year, having been removed here from the District Court of Lincoln, County Nebraska. One defendant has been dismissed, but one defendant remains. It is time the case moves forward.

IT THEREFORE HEREBY IS ORDERED,

Counsel shall confer and file their Report of Planning Meeting pursuant to Fed. R. Civ. P. 26(f) within 14 days.

DATED this 9th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge