```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

GARY VEDDER,                      )
                                  )
        Plaintiff,          )          4:05CV3088
                                  )
    v.                            )
                                  )
MAIL CONTRACTORS OF AMERICA,      )          ORDER
                                  )
        Defendant.          )
                                  )

IT IS ORDERED:

1. The letter request of the parties is granted, and the deadline for submission of the parties' letter reports to the court regarding mediation plans is extended to August 17, 2006.

2. The telephone planning conference is continued from August 7 to August 25, 2006 at 9:30 a.m. Plaintiff's counsel shall place the call.

DATED this 3rd day of August, 2006.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge