```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

GARY VEDDER,                          )
                                      )
            Plaintiff,                )       4:05CV3088
                                      )
      v.                              )
                                      )
MAIL CONTRACTORS OF AMERICA,          )       ORDER
                                      )
            Defendant.                )
                                      )

IT IS ORDERED:

Defendant's motion to substitute counsel, filing 36, is granted and Brian A. Vandiver is substituted for Andrew Faulkner.

DATED this 7th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge